EL PUEBLO DE PUERTO RICO, demandante y apelante, *v.* PEDRO P. PAGÁN, acusado y apelado.

No. 4815.—*Sometido:* Noviembre 16, 1932. *Resuelto:* Diciembre 16, 1932.

R. A. *Gómez, Fiscal,* abogado del *El Pueblo,* apelante; A. *Reyes Delgado,* abogado del apelado.

Eʟ Jᴜᴇᴢ Aꜱᴏᴄɪᴀᴅᴏ Sᴇñᴏʀ Wᴏʟꜰ, emitió la opinión del tribunal.

El fiscal apela de una sentencia de la corte de distrito declarando con lugar una móción de *nonsuit* y absolviendo al acusado. La ley que permite apelaciones a este tribunal, dispone:

"El ministerio público puede establecer apelación:

"1. De una providencia desestimando la acusación.

"2. De una sentencia a favor del acusado en virtud de excepción perentoria puesta a la acusación.

"3. De una providencia concediendo la celebración de nuevo juicio.

"4. De una providencia declarando el sobreseimiento provisional.

"5. De una providencia dictada después de pronunciado el fallo, que afecte los derechos sustanciales del ministerio público.

"6. De una orden del tribunal al jurado mandando que éste pronuncie veredicto a favor del acusado." Artículo 348 del Código de Enjuiciamiento Criminal.

Una apelación es asunto de pura concesión legislativa, y debe ser autorizada específicamente. No creemos que una orden sosteniendo un *nonsuit* y poniendo en libertad al acusado puede ser revisada mediante apelación. *Pueblo* v. *Allan,* 17 D.P.R. 38; *Pueblo* v. *Martínez,* 15 D.P.R. 744; *Pueblo* v. *Caquías,* 7 D.P.R. 573. Por tanto, es innecesario decidir la cuestión respecto a si el acusado era reincidente.

*Debe desestimarse el recurso.*